# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

FREDERICK BURTON,             :    No. 12 EM 2018

           Petitioner       :

            v.                  :

THE COURT OF COMMON PLEAS,    :

           Respondent      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of March, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.